UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MICHAEL W. PETERS**                                                                     **APPELLANT**

**V.**                  **CIVIL ACTION NO: 1:04CV856 LTS-JMR**

**RONALD McALPIN**                                                      **APPELLEE**

<u>**ORDER AFFIRMING**</u>
<u>**THE DECISION OF THE BANKRUPTCY COURT TO LIFT THE AUTOMATIC STAY**</u>

In accordance with the memorandum opinion I have this day entered, it is

**ORDERED**

That the order of the bankruptcy judge lifting the automatic stay in this action is hereby **AFFIRMED**; and

That this appeal is hereby **DISMISSED**.

**SO ORDERED** this 24th day of March, 2006.

                                                            s/ *L. T. Senter, Jr.*

                                                            L. T. Senter, Jr.
                                                            Senior Judge